AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Joshua Snyder | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-1453 |
| Wexford Health Sources Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Snyder                                                                                                        .

Date:    02/28/2022                                                                   /s/ Lindsey Lusk
                                                                                                  *Attorney's signature*

                                                                                          Lindsey Lusk #6328235
                                                                                          *Printed name and bar number*
                                                                                          353 N Clark St.
                                                                                          Chicago, IL 60654

                                                                                                  *Address*

                                                                                          llusk@jenner.com
                                                                                                *E-mail address*

                                                                                          (312) 840-7367
                                                                                              *Telephone number*


                                                                                                 *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Joshua Snyder )<br>*Plaintiff* )<br>v. )<br>Wexford Health Sources Inc., et al. )<br>*Defendant* ) | Case No.  17-cv-1453 |

CERTIFICATE OF SERVICE

I certify that on  02/28/2022 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

All counsel of record.,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

Johsua Snyder.

/s/ Lindsey Lusk
*Attorney's signature*

Lindsey Lusk #6328235
*Printed name and bar number*

353 N Clark St.
Chicago, IL 60654
*Address*

llusk@jenner.com
*E-mail address*

(312) 840-7367
*Telephone number*

*Fax number*